IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARLENE TAPIA,

    Plaintiff,

v.                                                       No. CIV 13-1116 JB/RHS

BOARD OF COUNTY COMMISSIONERS
OF BERNALILLO COUNTY,

    Defendant.

## STIPULATED ORDER GRANTING THE UNOPPOSED MOTION TO SUBSTITUTE PARTIES

**THIS MATTER** came before this Court on Defendant Blanca Zapater's Unopposed Motion to substitute the Board of County Commissioners of Bernalillo County for her individual name in this matter. Being fully advised in the premises and noting that all parties concur with the relief sought, the Court finds that the motion is well taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that the Board of County Commissioners of Bernalillo County is substituted for the name of the individual defendant in this matter; and that all claims against the individual defendant are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

ROBLES, RAEL & ANAYA, P.C.


By:     /s/ Douglas E. Gardner
        Douglas E. Gardner, Esq.
        Marcus J. Rael, Jr., Esq.
        Christina E. Anaya, Esq.
        Attorneys for Defendant Zapater
        500 Marquette Ave., NW, Suite 700
        Albuquerque, New Mexico  87102
        (505) 242-2228
        (505) 242-1106 (facsimile)
        douglas@roblesrael.com
        marcus@roblesrael.com


**APPROVED BY:**


By:     *Approved via e-mail on 12/18/14 at 10:14 a.m.*
        Alexandra Freedman Smith, Esq.
        ACLU of NM Foundation
        P.O. Box 566
        Albuquerque, NM 87103-0566
        (505) 266-5915 x 1008
        (505) 266-5916 (facsimile)
        asmith@aclu-nm.org


By:     *Approved via Alexandra Smith, Esq*.
        Matthew L. Garcia, Esq.
        Garcia Ives Nowara LLC
        201 Third Street NW, Suite 480
        Albuquerque, NM 87102
        (505) 899-1030
        (505) 899-1051 (facsimile)
        matt@ginlawfirm.com