# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MARLENE TAPIA,**

    **Plaintiff,**

v.                                                               **No. CIV 13-01116 JB/WPL**

**BOARD OF COUNTY COMMISSIONERS**
**OF BERNALILLO COUNTY,**

## UNOPPOSED MOTION TO DISMISS ALL CLAIMS
## AGAINST DEFENDANT WITH PREJUDICE

     **COMES NOW** Plaintiff, Marlene Tapia, by and through her attorneys, ACLU of NM Foundation (Alexandra Freedman Smith, Esq.) and Garcia, Ives, Nowara, LLC (Matthew L. Garcia, Esq.), and hereby moves this Court for an Order dismissing all of the claims which she brought, or could have brought against Defendant, Board of Commissioners of Bernalillo County, in the above-entitled and numbered cause of action, with prejudice. In support of this Motion, Plaintiff states that the parties have settled all of their claims. Defendant does not oppose the relief sought herein.

     **WHEREFORE,** Plaintiff, respectfully requests that this Court enter an Order dismissing all of the claims which Plaintiff brought or could have brought against Defendant, Board of Commissioners of Bernalillo County, in the above-entitled and numbered cause of action with prejudice, and order all other relief this Court deems just and proper.

Respectfully submitted,

By:   /s/ Alexandra Freedman Smith
      Alexandra Freedman Smith, Esq.
      ACLU of NM Foundation
      P.O. Box 566
      Albuquerque, NM 87103-0566
      (505) 266-5915 x 1008
      (505) 266-5916 (facsimile)
      asmith@aclu-nm.org

AND

By:   /s/ Matthew L. Garcia
      Matthew L. Garcia, Esq.
      Garcia Ives Nowara LLC
      201 Third Street NW, Suite 480
      Albuquerque, NM 87102
      (505) 899-1030
      (505) 899-1051 (facsimile)
      matt@ginlawfirm.com

I hereby certify that on this   6th   day of January 2015, the foregoing was electronically served through the CM/ECF system to the following:

Douglas E. Gardner, Esq.
Marcus J. Rael, Jr., Esq.
Attorneys for Defendant
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico  87102
(505) 242-2228
(505) 242-1106 (facsimile)
douglas@roblesrael.com
marcus@roblesrael.com

 /s/ Alexandra Freedman Smith
Alexandra Freedman Smith, Esq.

2