IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARLENE TAPIA,

      Plaintiff,

vs.                                                                                                  No. CIV 13-1116 JB/WPL

BLANCA ZAPATER, a Bernalillo County,
New Mexico, Correction Officer in her
individual capacity and BOARD OF COUNTY
COMMISSIONERS  OF BERNALILLO COUNTY,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Stipulated Order Granting the Unopposed Motion to Substitute Parties, filed December 19, 2014 (Doc. 65)("Dec. 19, 2014, Order"); and (ii) the Stipulated Order Granting the Unopposed Motion to Dismiss with Prejudice, filed January 13, 2015 (Doc. 68)("Jan. 13, 2015, Order").  In the Dec. 19, 2014, Order, the Court ordered to substitute Defendant Board of County Commissioners of Bernalillo County for Defendant Blanca Zapater in this matter and dismissed all of Plaintiff Marlene Tapia's claims against Zapater with prejudice.  See Dec. 19, 2014, Order at 1.  In the Jan. 13, 2014, Order, the Court dismissed all of Tapia's claims against the Board of County Commissioners of Bernalillo County with prejudice.  See Jan. 13, 2014, Order at 1.  Because the Dec. 19, 2014, Order, and the Jan. 13, 2014, Order disposed of all claims and parties before the Court, final judgment is appropriate.

**IT IS ORDERED** that Plaintiff Marlene Tapia's claims and case against Defendant Board of County Commissioners of Bernalillo County and Defendant Blanca Zapater are dismissed with prejudice, and final judgment is entered.

        /s/ James O. Browning
_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Alexandra Freedman Smith
American Civil Liberties Union
Albuquerque, New Mexico

--and--

Matthew L. Garcia
Garcia Ives Nowara, LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Christina E. Anaya
Marcus J. Rael, Jr.
Douglas E. Gardner
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendants*